**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
_____Richmond_____ Division

In re  Marylene Reese Pope                                         Case No.  14-32134-KLP

                                                                   Chapter  13

            Debtor(s)

### ORDER APPROVING APPLICATION TO PAY FILING FEE IN INSTALLMENTS

The Application to Pay Filing Fee in Installments filed herein by the debtor(s) is hereby approved upon payment of such fees to the Clerk of the Bankruptcy Court upon the following terms.

_____ **Chapter 7:**
        $100.00 upon filing of petition:          _____, 20__.
        $100.00 within one month thereafter:     _____, 20__.
        $106.00 within two months thereafter:    _____, 20__.

__X__ **Chapter 13:**
        $90.00 upon filing of petition:           4/18_____, 20_14_.
        $90.00 within one month thereafter:       5/19_____, 20_14_.
        $101.00 within two months thereafter:    6/18_____, 20_14_.

_____ **Chapter 11:**
        $430.00 upon filing of petition:          _____, 20__.
        $409.00 within one month thereafter:     _____, 20__.
        $374.00 within two months thereafter:    _____, 20__.

_____ **Chapter 12:**
        $105.00 upon filing of petition:          _____, 20__.
        $75.00 within one month thereafter:      _____, 20__.
        $66.00 within two months thereafter:     _____, 20__.

If any installment is not paid by the date due, the case shall be dismissed pursuant to Local Bankruptcy Rule 1006-1.  *Pro se* debtor(s) must submit installment fee in the exact amount due in either* cash, cashier's check or money order made payable to "Clerk, U.S. Bankruptcy Court."  Personal checks of the debtor(s) cannot be accepted.
*Cash is not accepted in the Newport News Division.

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case; however, Chapter 13 debtor(s) shall make required plan payments to the Chapter 13 Trustee.

                                              WILLIAM C. REDDEN
                                              Clerk of Court

Date:  April 21, 2014               By  /s/Tammy Luedecke_____
                                                   Deputy Clerk

                                              NOTICE OF JUDGMENT OR ORDER
                                              ENTERED ON DOCKET
                                              April 21, 2014_____

[oapffin ver. 12/13]

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Marylene Reese Pope  
    Debtor

Case No. 14-32134-KLP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0422-7     User: luedecket     Page 1 of 1     Date Rcvd: Apr 21, 2014  
                Form ID: pdford9     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2014.  
db         +Marylene Reese Pope,    13918 Litwack Cove Dr.,    Chester, VA 23836-5829

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2014                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2014 at the address(es) listed below:  
         Robert E. Hyman     station08@ricva.net,    ecfsummary@ricva.net  
                                                                                                                                 TOTAL: 1